**Order entered July 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00374-CV

### MELISSA GARCIA BREWER, Appellant

### V.

### TEXANS CREDIT UNION, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00377-2014**

## ORDER

On May 3, 2016, appellant Melissa Garcia Brewer filed a voluntary bankruptcy in United States Bankruptcy Court. On May 5, 2016, appellee Texans Credit Union notified this Court of appellant's bankruptcy. Pursuant to 11 U.S.C. § 362, further action in this appeal was automatically stayed. *See* TEX. R. APP. P. 8.2. Accordingly, by order entered May 23, 2016, we abated this appeal. In that order, we advised that the appeal may be reinstated on prompt motion by any party showing the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3(a).

On June 13, 2016, appellee filed a motion to reinstate this appeal. Pursuant to rule of appellate procedure 8.3, appellee attached a certified copy of the bankruptcy court's June 2, 2016 "Order Extending the Automatic Stay as to All Creditors and Conditionally Extending the

Automatic Stay as to Texans Credit Union," wherein the bankruptcy court ordered that the automatic stay "is not in effect and is terminated with respect to all claims, counterclaims, causes of action, proceedings, and defenses" pertaining to this appeal and this appeal "may continue to completion and finality, including any and all appeals or other proceedings or remedies." Appellant has not filed a response to appellee's motion to reinstate this appeal.

Accordingly, we **GRANT** appellee's motion to **REINSTATE** this appeal. *See* TEX. R. APP. P. 8.3(a). We **DIRECT** the Clerk of this Court to **REINSTATE** this appeal.

On April 12, 2016, appellee filed a motion to dismiss this appeal for lack of jurisdiction. Any response to appellee's motion to dismiss shall be **FILED WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE